**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF TEXAS

Case number *(if known)* _____ Chapter ___11___

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| 1. | Debtor's name | Latigo Properties, Inc. |
|---|---|---|
| 2. | All other names debtor used in the last 8 years

Include any assumed names, trade names and *doing business as* names | DBA The Latigo Group |
| 3. | Debtor's federal Employer Identification Number (EIN) | 74-2859019 |

| 4. | Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|---|---|
| | | 5150 Broadway, Suite 628
San Antonio, TX 78209 | |
| | | Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | Bexar
County | **Location of principal assets, if different from principal place of business** |
| | | | 1804-1812 SW Loop 410 San Antonio, TX 78227 |
| | | | Number, Street, City, State & ZIP Code |

| 5. | Debtor's website (URL) | |
|---|---|---|

| 6. | Type of debtor | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
|---|---|---|
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

| Debtor | Latigo Properties, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

___5311___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

    ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No.

☐ Yes.

| | District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | _____ | | Relationship | _____ |
|---|---|---|---|---|---|
| | District | _____ | When _____ | Case number, if known | _____ |

| Debtor | Latigo Properties, Inc. | Case number (if known) | |
|--------|------|------|---|
| | Name | | |

**11. Why is the case filed in this district?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____

Number, Street, City, State & ZIP Code

Is the property insured?

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49  ☐ 50-99  ☐ 100-199  ☐ 200-999  ☐ 1,000-5,000  ☐ 5001-10,000  ☐ 10,001-25,000  ☐ 25,001-50,000  ☐ 50,001-100,000  ☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000  ☐ $50,001 - $100,000  ☐ $100,001 - $500,000  ☐ $500,001 - $1 million  ☒ $1,000,001 - $10 million  ☐ $10,000,001 - $50 million  ☐ $50,000,001 - $100 million  ☐ $100,000,001 - $500 million  ☐ $500,000,001 - $1 billion  ☐ $1,000,000,001 - $10 billion  ☐ $10,000,000,001 - $50 billion  ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000  ☐ $50,001 - $100,000  ☐ $100,001 - $500,000  ☒ $500,001 - $1 million  ☐ $1,000,001 - $10 million  ☐ $10,000,001 - $50 million  ☐ $50,000,001 - $100 million  ☐ $100,000,001 - $500 million  ☐ $500,000,001 - $1 billion  ☐ $1,000,000,001 - $10 billion  ☐ $10,000,000,001 - $50 billion  ☐ More than $50 billion

Debtor    Latigo Properties, Inc.                                                 Case number (if known) _____
       Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     December 31, 2023
                  MM / DD / YYYY

X _____           David B. Brigham
Signature of authorized representative of debtor         Printed name

Title    President

---

**18. Signature of attorney**

X _____          Date    December 31, 2023
Signature of attorney for debtor                                   MM / DD / YYYY

William B. Kingman
Printed name

Law Offices of William B. Kingman
Firm name

3511 Broadway
San Antonio, TX 78209
Number, Street, City, State & ZIP Code

Contact phone    (210) 829-1199        Email address    bkingman@kingmanlaw.com

11476200 TX
Bar number and State

---

Official Form 201                 **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                      page 4

## LATIGO PROPERTIES, INC.

| INCOME | | EXPENSES | |
|---|---|---|---|
| Rents | 81,400.00 | SHORT-TERM | |
| Notes Receivable | 11,000.00 | Owner's draw | (37,812.49) |
| | | Utilities | (4,400.00) |
| | | LONG-TERM | |
| | | Ad-valorem taxes | (16,210.68) |
| | | Insurance | (6,721.00) |
| | | Debt service | (40,318.74) |
| | | CAPITAL EXPENSES | |
| | | Maintenance | (11,000.00) |
| REVENUE | 92,400.00 | | (116,462.91) |
| | 92,400.00 | | |
| LESS: EXPENSES | (116,462.91) | | |
| PROFIT (LOSS) | (24,062.91) | | |

| LATIGO PROPERTIES, INC. | |
|---|---|
| ASSETS (Cost Basis) | |
| 1812 SW Loop 410 | 2,000,000.00 |
| Notes Receivable | 71,951.23 |
| Owed by David Brigham | |
| to Latigo Properties, Inc. | 430,000.00 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | 2,501,951.23 |
| ASSETS | 2,501,951.23 |
| LESS: LIABILITIES | (744,059.10) |
| EQUITY | 1,757,892.13 |

| | |
|---|---:|
| LIABILITIES | |
| owed to Christine Sorenson | (100,000.00) |
| owed to Mary Jane Brigham | (50,000.00) |
| Mortgages | |
| 1812 SW Loop 410 | (482,429.10) |
| unpaid bills | |
| Credit cards | (94,800.00) |
| Ad-valorem taxes | 0.00 |
| Insurance | (16,830.00) |
| | |
| | |
| | |
| | (744,059.10) |
| | |
| | |
| | |

5684 11/30/2023 6:26 AM

| Form **1120-S** | **U.S. Income Tax Return for an S Corporation** | OMB No. 1545-0123 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation. Go to *www.irs.gov/Form1120S* for instructions and the latest information. | **2022** |

For calendar year 2022 or tax year beginning _____ , ending _____

| | | | | |
|---|---|---|---|---|
| **A** S election effective date<br>08/15/97 | **TYPE** | **LATIGO PROPERTIES INC** | **D** Employer identification number<br>74-2859019 | |
| **B** Business activity code number (see instructions)<br>531190 | **OR** | Number, street, and room or suite no. If a P.O. box, see instructions.<br>775 ESTES | **E** Date incorporated<br>08/15/1997 | |
| **C** Check if Sch. M-3 attached ☐ | **PRINT** | City or town, state or province, country, and ZIP or foreign postal code<br>SAN ANTOINO          TX 78209 | **F** Total assets (see instructions)<br>$              324,048 | |

**G** Is the corporation electing to be an S corporation beginning with this tax year? See instructions. ☐ Yes ☒ No

**H** Check if: **(1)** ☐ Final return  **(2)** ☐ Name change  **(3)** ☐ Address change  **(4)** ☐ Amended return  **(5)** ☐ S election termination

**I** Enter the number of shareholders who were shareholders during any part of the tax year ........................ **4**

**J** Check if corporation: **(1)** ☐ Aggregated activities for section 465 at-risk purposes **(2)** ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 21. See the instructions for more information.

| | | | | | |
|---|---|---|---|---|---|
| **Income** | **1a** | Gross receipts or sales .................................... | **1a** | | |
| | **b** | Returns and allowances .................................... | **1b** | | |
| | **c** | Balance. Subtract line 1b from line 1a ....................................................... | | **1c** | |
| | **2** | Cost of goods sold (attach Form 1125-A) ....................................................... | | **2** | |
| | **3** | Gross profit. Subtract line 2 from line 1c ....................................................... | | **3** | |
| | **4** | Net gain (loss) from Form 4797, line 17 (attach Form 4797) ....................................................... | | **4** | |
| | **5** | Other income (loss) (see instructions—attach statement) ....................................................... | | **5** | |
| | **6** | **Total income (loss).** Add lines 3 through 5 ....................................................... | | **6** | |
| **Deductions (see instructions for limitations)** | **7** | Compensation of officers (see instructions—attach Form 1125-E) ....................................................... | | **7** | |
| | **8** | Salaries and wages (less employment credits) ....................................................... | | **8** | |
| | **9** | Repairs and maintenance ....................................................... | | **9** | |
| | **10** | Bad debts ....................................................... | | **10** | |
| | **11** | Rents ....................................................... | | **11** | |
| | **12** | Taxes and licenses ....................................................... | | **12** | |
| | **13** | Interest (see instructions) ....................................................... | | **13** | |
| | **14** | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) ............ | | **14** | |
| | **15** | Depletion **(Do not deduct oil and gas depletion.)** ....................................................... | | **15** | |
| | **16** | Advertising ....................................................... | | **16** | |
| | **17** | Pension, profit-sharing, etc., plans ....................................................... | | **17** | |
| | **18** | Employee benefit programs ....................................................... | | **18** | |
| | **19** | Other deductions (attach statement) ....................................................... | | **19** | |
| | **20** | **Total deductions.** Add lines 7 through 19 ....................................................... | | **20** | |
| | **21** | **Ordinary business income (loss).** Subtract line 20 from line 6 ....................................................... | | **21** | |
| **Tax and Payments** | **22a** | Excess net passive income or LIFO recapture tax (see instructions) .............. | **22a** | | |
| | **b** | Tax from Schedule D (Form 1120-S) ....................................................... | **22b** | | |
| | **c** | Add lines 22a and 22b (see instructions for additional taxes) ....................................................... | | **22c** | |
| | **23a** | 2022 estimated tax payments and 2021 overpayment credited to 2022 .............. | **23a** | | |
| | **b** | Tax deposited with Form 7004 ....................................................... | **23b** | | |
| | **c** | Credit for federal tax paid on fuels (attach Form 4136) .............. | **23c** | | |
| | **d** | Add lines 23a through 23c ....................................................... | | **23d** | |
| | **24** | Estimated tax penalty (see instructions). Check if Form 2220 is attached ........................ ☐ | | **24** | |
| | **25** | **Amount owed.** If line 23d is smaller than the total of lines 22c and 24, enter amount owed ............ | | **25** | |
| | **26** | **Overpayment.** If line 23d is larger than the total of lines 22c and 24, enter amount overpaid ............ | | **26** | |
| | **27** | Enter amount from line 26: **Credited to 2023 estimated tax** _____ **Refunded** | | **27** | |

| **Sign Here** | Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. | May the IRS discuss this return with the preparer shown below? See instructions. ☒ Yes ☐ No |
|---|---|---|
| | Signature of officer   DAVID BRIGHAM          Date _____ | Title   PRESIDENT |

| **Paid Preparer Use Only** | Print/Type preparer's name<br>GEORGE C. WILLIAMS | Preparer's signature | Date<br>11/30/23 | Check ☐ if self-employed | PTIN<br>P01263888 |
|---|---|---|---|---|---|
| | Firm's name   WILLIAMS, STEINERT, MASK, L.L.P. | | | Firm's EIN   74-2985734 | |
| | Firm's address   1100 NE LOOP 410 STE 350<br>SAN ANTONIO, TX          78209 | | | Phone no.   210-684-1071 | |

For Paperwork Reduction Act Notice, see separate instructions.                    Form **1120-S** (2022)

DAA

5684 11/30/2023 6:26 AM

Form 1120-S (2022) **LATIGO PROPERTIES INC**   74-2859019   Page **2**

**Schedule B**   **Other Information** (see instructions)

| | | | Yes | No |
|---|---|---|---|---|
| **1** | Check accounting method: a ☒ Cash  b ☐ Accrual | | | |
| | c ☐ Other (specify) | | | |
| **2** | See the instructions and enter the: | | | |
| | **a** Business activity REAL ESTATE HOLDING   **b** Product or service REAL ESTATE | | | |
| **3** | At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation | | | X |
| **4** | At the end of the tax year, did the corporation: | | | |
| | **a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below | | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage of Stock Owned | (v) If Percentage in (iv) Is 100%, Enter the Date (if applicable) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below ........ | X

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| **5a** | At the end of the tax year, did the corporation have any outstanding shares of restricted stock? | | X |
| | If "Yes," complete lines (i) and (ii) below. | | |
| | **(i)** Total shares of restricted stock | | |
| | **(ii)** Total shares of non-restricted stock | | |
| **b** | At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments? | | X |
| | If "Yes," complete lines (i) and (ii) below. | | |
| | **(i)** Total shares of stock outstanding at the end of the tax year | | |
| | **(ii)** Total shares of stock outstanding if all instruments were executed | | |
| **6** | Has this corporation filed, or is it required to file, **Form 8918**, Material Advisor Disclosure Statement, to provide information on any reportable transaction? | | X |
| **7** | Check this box if the corporation issued publicly offered debt instruments with original issue discount ☐ | | |
| | If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| **8** | If the corporation **(a)** was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation, **and (b)** has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years. See instructions  $ | | |
| **9** | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions | | X |
| **10** | Does the corporation satisfy one or more of the following? See instructions | | X |
| | **a** The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| | **b** The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $27 million and the corporation has business interest expense. | | |
| | **c** The corporation is a tax shelter and the corporation has business interest expense. | | |
| | If "Yes," complete and attach **Form 8990**, Limitation on Business Interest Expense Under Section 163(j). | | |
| **11** | Does the corporation satisfy **both** of the following conditions? | | X |
| | **a** The corporation's total receipts (see instructions) for the tax year were less than $250,000. | | |
| | **b** The corporation's total assets at the end of the tax year were less than $250,000. | | |
| | If "Yes," the corporation is not required to complete Schedules L and M-1. | | |

Form **1120-S** (2022)

DAA

5684 11/30/2023 6:26 AM

| Form 1120-S (2022) | LATIGO PROPERTIES INC | 74-2859019 | Page 3 |
|---|---|---|---|

## Schedule B  Other Information (see instructions) (continued)

| | | Yes | No |
|---|---|---|---|
| 12 | During the tax year, did the corporation have any non-shareholder debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | X |
| | If "Yes," enter the amount of principal reduction .................... $ | | |
| 13 | During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If "Yes," see instructions | | X |
| 14a | Did the corporation make any payments in 2022 that would require it to file Form(s) 1099? | X | |
| b | If "Yes," did or will the corporation file required Form(s) 1099? | X | |
| 15 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? | | X |
| | If "Yes," enter the amount from Form 8996, line 15 ............. $ | | |

## Schedule K  Shareholders' Pro Rata Share Items

| | | | Total amount |
|---|---|---|---|
| 1 | Ordinary business income (loss) (page 1, line 21) | 1 | |
| 2 | Net rental real estate income (loss) (attach Form 8825) | 2 | −23,666 |
| 3a | Other gross rental income (loss) | 3a | |
| b | Expenses from other rental activities (attach statement) | 3b | |
| c | Other net rental income (loss). Subtract line 3b from line 3a | 3c | |
| 4 | Interest income | 4 | 13,730 |
| 5 | Dividends: a Ordinary dividends | 5a | |
| | b Qualified dividends | 5b | |
| 6 | Royalties | 6 | |
| 7 | Net short-term capital gain (loss) (attach Schedule D (Form 1120-S)) | 7 | |
| 8a | Net long-term capital gain (loss) (attach Schedule D (Form 1120-S)) | 8a | 11,741 |
| b | Collectibles (28%) gain (loss) | 8b | |
| c | Unrecaptured section 1250 gain (attach statement) | 8c | |
| 9 | Net section 1231 gain (loss) (attach Form 4797) | 9 | 10,320 |
| 10 | Other income (loss) (see instructions) ......... Type: | 10 | |
| 11 | Section 179 deduction (attach Form 4562) | 11 | |
| 12a | Charitable contributions                    SEE STMT 1 | 12a | 70 |
| b | Investment interest expense | 12b | |
| c | Section 59(e)(2) expenditures .......... Type: | 12c | |
| d | Other deductions (see instructions) ........ Type: | 12d | |
| 13a | Low-income housing credit (section 42(j)(5)) | 13a | |
| b | Low-income housing credit (other) | 13b | |
| c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | 13c | |
| d | Other rental real estate credits (see instructions)   Type: | 13d | |
| e | Other rental credits (see instructions) ......... Type: | 13e | |
| f | Biofuel producer credit (attach Form 6478) | 13f | |
| g | Other credits (see instructions) .......... Type: | 13g | |
| 14 | Attach Schedule K-2 (Form 1120-S), Shareholders' Pro Rata Share Items—International, and check this box to indicate you are reporting items of international tax relevance ☐ | | |
| 15a | Post-1986 depreciation adjustment | 15a | |
| b | Adjusted gain or loss | 15b | |
| c | Depletion (other than oil and gas) | 15c | |
| d | Oil, gas, and geothermal properties – gross income | 15d | |
| e | Oil, gas, and geothermal properties – deductions | 15e | |
| f | Other AMT items (attach statement) | 15f | |
| 16a | Tax-exempt interest income | 16a | |
| b | Other tax-exempt income | 16b | |
| c | Nondeductible expenses | 16c | |
| d | Distributions (attach statement if required) (see instructions) | 16d | 43,633 |
| e | Repayment of loans from shareholders | 16e | |
| f | Foreign taxes paid or accrued | 16f | |

Labels in left margin: Income (Loss) / Deductions / Credits / International / Alternative Minimum Tax (AMT) Items / Items Affecting Shareholder Basis

Form **1120-S** (2022)

DAA

5684 11/30/2023 6:26 AM

Form 1120-S (2022)    **LATIGO PROPERTIES INC**                      74-2859019                               Page **4**

## Schedule K    Shareholders' Pro Rata Share Items *(continued)*

| | | Total amount |
|---|---|---|
| **17a** Investment income | 17a | 13,730 |
| **b** Investment expenses | 17b | |
| **c** Dividend distributions paid from accumulated earnings and profits | 17c | |
| **d** Other items and amounts (attach statement)   SEE STATEMENT 2 | | |

*(Other Information)*

**Reconciliation**

**18 Income (loss) reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 16f ...... | **18** | 12,055

## Schedule L    Balance Sheets per Books

| | | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| **Assets** | | (a) | (b) | (c) | (d) |
| 1 | Cash | | 799 | | 1,685 |
| 2a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | ( | | ( | |
| 3 | Inventories | | | | |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (attach statement) STMT 3 | | | | 5,339 |
| 7 | Loans to shareholders | | | | |
| 8 | Mortgage and real estate loans | | 204,170 | | 172,936 |
| 9 | Other investments (attach statement) | | | | |
| 10a | Buildings and other depreciable assets | 669,171 | | 669,172 | |
| b | Less accumulated depreciation | 558,045 | 111,126 | 525,219 | 143,953 |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | ( | | ( | |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | 2,883 | | 2,883 | |
| b | Less accumulated amortization | 2,883 | 0 | 2,883 | 0 |
| 14 | Other assets (attach statement) STMT 4 | | | | 135 |
| 15 | Total assets | | 316,095 | | 324,048 |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | 3,384 | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (attach statement) STMT 5 | | | | 50,732 |
| 19 | Loans from shareholders | | | | 18,496 |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | 494,344 | | 490,092 |
| 21 | Other liabilities (attach statement) STMT 6 | | 149,954 | | 127,893 |
| 22 | Capital stock | | 3,000 | | 3,000 |
| 23 | Additional paid-in capital | | 177,113 | | 177,113 |
| 24 | Retained earnings | | -511,700 | | -543,278 |
| 25 | Adjustments to shareholders' equity (attach statement) | | | | |
| 26 | Less cost of treasury stock | | ( | | ( ) |
| 27 | Total liabilities and shareholders' equity | | 316,095 | | 324,048 |

Form **1120-S** (2022)

DAA

5684 11/30/2023 6:26 AM

Form 1120-S (2022)  **LATIGO PROPERTIES INC**                    74-2859019                    Page **5**

## Schedule M-1 Reconciliation of Income (Loss) per Books With Income (Loss) per Return

**Note:** The corporation may be required to file Schedule M-3. See instructions.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books | 12,055 | 5 | Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize) | | a | Tax-exempt interest $ | |
| 3 | Expenses recorded on books this year not included on Schedule K, lines 1 through 12 and 16f (itemize): | | 6 | Deductions included on Schedule K, lines 1 through 12 and 16f, not charged against book income this year (itemize): | |
| a | Depreciation $ | | a | Depreciation $ | |
| b | Travel and entertainment $ | | | | |
| | | | 7 | Add lines 5 and 6 | |
| 4 | Add lines 1 through 3 | 12,055 | 8 | Income (loss) (Schedule K, line 18). Subtract line 7 from line 4 | 12,055 |

## Schedule M-2 Analysis of Accumulated Adjustments Account, Shareholders' Undistributed Taxable Income Previously Taxed, Accumulated Earnings and Profits, and Other Adjustments Account (see instructions)

| | | (a) Accumulated adjustments account | (b) Shareholders' undistributed taxable income previously taxed | (c) Accumulated earnings and profits | (d) Other adjustments account |
|---|---|---|---|---|---|
| 1 | Balance at beginning of tax year | −511,700 | | | |
| 2 | Ordinary income from page 1, line 21 | | | | |
| 3 | Other additions  STMT 7 | 35,791 | | | |
| 4 | Loss from page 1, line 21 | ( | | | |
| 5 | Other reductions  STMT 8 | ( 23,736 | | | ( ) |
| 6 | Combine lines 1 through 5 | −499,645 | | | |
| 7 | Distributions | 43,633 | | | |
| 8 | Balance at end of tax year. Subtract line 7 from line 6 | −543,278 | | | |

Form **1120-S** (2022)

DAA

5684 11/30/2023 6:26 AM

**SCHEDULE D**
**(Form 1120-S)**

Department of the Treasury
Internal Revenue Service

**Capital Gains and Losses and Built-in Gains**

Attach to Form 1120-S.
**Use Form 8949 to list your transactions for lines 1b, 2, 3, 8b, 9, and 10.**
Go to *www.irs.gov/Form1120S* for instructions and the latest information.

OMB No. 1545-0123

**2022**

Name
LATIGO PROPERTIES INC

Employer identification number
74-2859019

Did the corporation dispose of any investment(s) in a qualified opportunity fund during the tax year? .......................... ☐ Yes ☒ No
If "Yes," attach Form 8949 and see its instructions for additional requirements for reporting your gain or loss.

## Part I  Short-Term Capital Gains and Losses—Generally Assets Held One Year or Less (see instructions)

| See instructions for how to figure the amounts to enter on the lines below. This form may be easier to complete if you round off the cents to whole dollars. | (d) Proceeds (sales price) | (e) Cost (or other basis) | (g) Adjustments to gain or loss from Form(s) 8949, Part I, line 2, column (g) | (h) Gain or (loss) Subtract column (e) from column (d) and combine the result with column (g) |
|---|---|---|---|---|
| 1a Totals for all short-term transactions reported on Form 1099-B for which basis was reported to the IRS and for which you have no adjustments (see instructions). However, if you choose to report all these transactions on Form 8949, leave this line blank and go to line 1b ..... | | | | |
| 1b Totals for all transactions reported on Form(s) 8949 with **Box A** checked | | | | |
| 2 Totals for all transactions reported on Form(s) 8949 with **Box B** checked | | | | |
| 3 Totals for all transactions reported on Form(s) 8949 with **Box C** checked | | | | |

| | | |
|---|---|---|
| 4 Short-term capital gain from installment sales from Form 6252, line 26 or 37 | 4 | |
| 5 Short-term capital gain or (loss) from like-kind exchanges from Form 8824 | 5 | |
| 6 Tax on short-term capital gain included on line 23 below | 6 | ( ) |
| 7 Net short-term capital gain or (loss). Combine lines 1a through 6 in column (h). Enter here and on Form 1120-S, Schedule K, line 7 or 10 | 7 | |

## Part II  Long-Term Capital Gains and Losses—Generally Assets Held More Than One Year (see instructions)

| See instructions for how to figure the amounts to enter on the lines below. This form may be easier to complete if you round off the cents to whole dollars. | (d) Proceeds (sales price) | (e) Cost (or other basis) | (g) Adjustments to gain or loss from Form(s) 8949, Part II, line 2, column (g) | (h) Gain or (loss) Subtract column (e) from column (d) and combine the result with column (g) |
|---|---|---|---|---|
| 8a Totals for all long-term transactions reported on Form 1099-B for which basis was reported to the IRS and for which you have no adjustments (see instructions). However, if you choose to report all these transactions on Form 8949, leave this line blank and go to line 8b ..... | | | | |
| 8b Totals for all transactions reported on Form(s) 8949 with **Box D** checked | | | | |
| 9 Totals for all transactions reported on Form(s) 8949 with **Box E** checked | | | | |
| 10 Totals for all transactions reported on Form(s) 8949 with **Box F** checked | | | | |

| | | |
|---|---|---|
| 11 Long-term capital gain from installment sales from Form 6252, line 26 or 37 | 11 | 11,741 |
| 12 Long-term capital gain or (loss) from like-kind exchanges from Form 8824 | 12 | |
| 13 Capital gain distributions (see instructions) | 13 | |
| 14 Tax on long-term capital gain included on line 23 below | 14 | ( ) |
| 15 Net long-term capital gain or (loss). Combine lines 8a through 14 in column (h). Enter here and on Form 1120-S, Schedule K, line 8a or 10 | 15 | 11,741 |

For Paperwork Reduction Act Notice, see the Instructions for Form 1120-S.

DAA

Schedule D (Form 1120-S) 2022

THERE ARE NO AMOUNTS FOR PAGE 2

5684 11/30/2023 6:26 AM

| Form **4797** | **Sales of Business Property** | OMB No. 1545-0184 |
|---|---|---|
| | **(Also Involuntary Conversions and Recapture Amounts Under Sections 179 and 280F(b)(2))** | **2022** |
| Department of the Treasury Internal Revenue Service | Attach to your tax return. Go to *www.irs.gov/Form4797* for instructions and the latest information. | Attachment Sequence No. **27** |

| Name(s) shown on return | Identifying number |
|---|---|
| LATIGO PROPERTIES INC | 74-2859019 |

| | | |
|---|---|---|
| **1a** | Enter the gross proceeds from sales or exchanges reported to you for 2022 on Form(s) 1099-B or 1099-S (or substitute statement) that you are including on line 2, 10, or 20. See instructions | **1a** |
| **b** | Enter the total amount of gain that you are including on lines 2, 10, and 24 due to the partial dispositions of MACRS assets | **1b** |
| **c** | Enter the total amount of loss that you are including on lines 2 and 10 due to the partial dispositions of MACRS assets | **1c** |

**Part I**    **Sales or Exchanges of Property Used in a Trade or Business and Involuntary Conversions From Other Than Casualty or Theft—Most Property Held More Than 1 Year** (see instructions)

| **2** (a) Description of property | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) | (d) Gross sales price | (e) Depreciation allowed or allowable since acquisition | (f) Cost or other basis, plus improvements and expense of sale | (g) Gain or (loss) Subtract (f) from the sum of (d) and (e) |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | | |
|---|---|---|---|
| **3** | Gain, if any, from Form 4684, line 39 | **3** | |
| **4** | Section 1231 gain from installment sales from Form 6252, line 26 or 37 | **4** | 10,320 |
| **5** | Section 1231 gain or (loss) from like-kind exchanges from Form 8824 | **5** | |
| **6** | Gain, if any, from line 32, from other than casualty or theft | **6** | |
| **7** | Combine lines 2 through 6. Enter the gain or (loss) here and on the appropriate line as follows | **7** | 10,320 |

     **Partnerships and S corporations.** Report the gain or (loss) following the instructions for Form 1065, Schedule K, line 10, or Form 1120-S, Schedule K, line 9. Skip lines 8, 9, 11, and 12 below.

     **Individuals, partners, S corporation shareholders, and all others.** If line 7 is zero or a loss, enter the amount from line 7 on line 11 below and skip lines 8 and 9. If line 7 is a gain and you didn't have any prior year section 1231 losses, or they were recaptured in an earlier year, enter the gain from line 7 as a long-term capital gain on the Schedule D filed with your return and skip lines 8, 9, 11, and 12 below.

| | | | |
|---|---|---|---|
| **8** | Nonrecaptured net section 1231 losses from prior years. See instructions | **8** | |
| **9** | Subtract line 8 from line 7. If zero or less, enter -0-. If line 9 is zero, enter the gain from line 7 on line 12 below. If line 9 is more than zero, enter the amount from line 8 on line 12 below and enter the gain from line 9 as a long-term capital gain on the Schedule D filed with your return. See instructions | **9** | |

**Part II**    **Ordinary Gains and Losses** (see instructions)

| | | | |
|---|---|---|---|
| **10** | Ordinary gains and losses not included on lines 11 through 16 (include property held 1 year or less): | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| **11** | Loss, if any, from line 7 | **11** | ( ) |
| **12** | Gain, if any, from line 7 or amount from line 8, if applicable | **12** | |
| **13** | Gain, if any, from line 31 | **13** | |
| **14** | Net gain or (loss) from Form 4684, lines 31 and 38a | **14** | |
| **15** | Ordinary gain from installment sales from Form 6252, line 25 or 36 | **15** | |
| **16** | Ordinary gain or (loss) from like-kind exchanges from Form 8824 | **16** | |
| **17** | Combine lines 10 through 16 | **17** | |
| **18** | For all except individual returns, enter the amount from line 17 on the appropriate line of your return and skip lines a and b below. For individual returns, complete lines a and b below. | | |
| **a** | If the loss on line 11 includes a loss from Form 4684, line 35, column (b)(ii), enter that part of the loss here. Enter the loss from income-producing property on Schedule A (Form 1040), line 16. (Do not include any loss on property used as an employee.) Identify as from "Form 4797, line 18a." See instructions | **18a** | |
| **b** | Redetermine the gain or (loss) on line 17 excluding the loss, if any, on line 18a. Enter here and on Schedule 1 (Form 1040), Part I, line 4 | **18b** | |

**For Paperwork Reduction Act Notice, see separate instructions.**

Form **4797** (2022)

**THERE ARE NO AMOUNTS FOR PAGE 2**

DAA

5684 11/30/2023 6:26 AM

| Form **8825** (Rev. November 2018) Department of the Treasury Internal Revenue Service | **Rental Real Estate Income and Expenses of a Partnership or an S Corporation** Attach to Form 1065 or Form 1120S. Go to *www.irs.gov/Form8825* for the latest information. | OMB No. 1545-0123 |
|---|---|---|

| Name | Employer identification number |
|---|---|
| LATIGO PROPERTIES INC | 74-2859019 |

**1** Show the type and address of each property. For each rental real estate property listed, report the number of days rented at fair rental value and days with personal use. See instructions. See page 2 to list additional properties.

| | Physical address of each property—street, city, state, ZIP code | Type—Enter code 1-8; see page 2 for list | Fair Rental Days | Personal Use Days |
|---|---|---|---|---|
| **A** | 1804 - 1812 SW LOOP 410<br>1804 - 1812 SW LOOP 410<br>SAN ANTONIO      TX  78253 | 4<br>COMMERCIAL | 0 | 0 |
| **B** | | | | |
| **C** | | | | |
| **D** | | | | |

| | | | Properties | | | |
|---|---|---|---|---|---|---|
| | **Rental Real Estate Income** | | **A** | **B** | **C** | **D** |
| **2** | Gross rents | 2 | 95,431 | | | |
| | **Rental Real Estate Expenses** | | | | | |
| **3** | Advertising | 3 | | | | |
| **4** | Auto and travel | 4 | 6,796 | | | |
| **5** | Cleaning and maintenance | 5 | | | | |
| **6** | Commissions | 6 | | | | |
| **7** | Insurance | 7 | 6,946 | | | |
| **8** | Legal and other professional fees | 8 | | | | |
| **9** | Interest (see instructions) | 9 | 27,917 | | | |
| **10** | Repairs | 10 | 20,350 | | | |
| **11** | Taxes | 11 | 18,071 | | | |
| **12** | Utilities | 12 | 3,462 | | | |
| **13** | Wages and salaries | 13 | | | | |
| **14** | Depreciation (see instructions) | 14 | 7,729 | | | |
| **15** | Other (list)<br>SEE STATEMENT 9 | 15 | 27,826 | | | |
| **16** | Total expenses for each property. Add lines 3 through 15 | 16 | 119,097 | | | |
| **17** | Income or (loss) from each property. Subtract line 16 from line 2 | 17 | -23,666 | | | |

| **18a** | Total gross rents. Add gross rents from line 2, columns A through H | 18a | 95,431 |
|---|---|---|---|
| **b** | Total expenses. Add total expenses from line 16, columns A through H | 18b | 119,097 ) |
| **19** | Net gain (loss) from Form 4797, Part II, line 17, from the disposition of property from rental real estate activities | 19 | |
| **20a** | Net income (loss) from rental real estate activities from partnerships, estates, and trusts in which this partnership or S corporation is a partner or beneficiary (from Schedule K-1) | 20a | |
| **b** | Identify below the partnerships, estates, or trusts from which net income (loss) is shown on line 20a. Attach a schedule if more space is needed. | | |

| (1) Name | (2) Employer identification number |
|---|---|
| ............................................ | ............................... |
| ............................................ | ............................... |
| ............................................ | ............................... |

| **21** | Net rental real estate income (loss). Combine lines 18a through 20a. Enter the result here and on: **Form 1065 or 1120S:** Schedule K, line 2 | 21 | -23,666 |
|---|---|---|---|

**For Paperwork Reduction Act Notice, see instructions.**

DAA

Form **8825** (Rev. 11-2018)

5684 11/30/2023 6:26 AM

| Form **6252** | **Installment Sale Income** | OMB No. 1545-0228 |
|---|---|---|
| | Attach to your tax return. | **2022** |
| Department of the Treasury Internal Revenue Service | Use a separate form for each sale or other disposition of property on the installment method. Go to *www.irs.gov/Form6252* for the latest information. | Attachment Sequence No. **67** |

| Name(s) shown on return | Identifying number |
|---|---|
| LATIGO PROPERTIES INC | 74-2859019 |

**1** Description of property **4 GERONIMO VILLAGE RETANA**

**2a** Date acquired (mm/dd/yyyy) **01/01/05** **b** Date sold (mm/dd/yyyy) **02/20/18**

**3** Was the property sold to a related party? See instructions. If "Yes," complete Part III for the year of sale and 2
years after the year of the sale unless you received the final payment during the tax year ............................. ☐ Yes ☒ No

**4** Reserved for future use .................................................................................................................. ☐ Yes ☐ No

### Part I — Gross Profit and Contract Price. Complete this part for all years of the installment agreement.

| | | | | |
|---|---|---|---|---|
| **5** | Selling price including mortgages and other debts. **Don't** include interest, whether stated or unstated ................ | | **5** | 135,000 |
| **6** | Mortgages, debts, and other liabilities the buyer assumed or took the property subject to (see instructions) ........................................................ | **6** | | |
| **7** | Subtract line 6 from line 5 .................................................................. | **7** | 135,000 | |
| **8** | Cost or other basis of property sold ........................................................ | **8** | 19,665 | |
| **9** | Depreciation allowed or allowable ........................................................ | **9** | 7,561 | |
| **10** | Adjusted basis. Subtract line 9 from line 8 ................................................ | **10** | 12,104 | |
| **11** | Commissions and other expenses of sale ................................................. | **11** | | |
| **12** | Income recapture from Form 4797, Part III (see instructions) ........................... | **12** | | |
| **13** | Add lines 10, 11, and 12 ..................................................................... | | **13** | 12,104 |
| **14** | Subtract line 13 from line 5. If zero or less, **don't** complete the rest of this form. See instructions ................... | | **14** | 122,896 |
| **15** | If the property described on line 1 above was your main home, enter the amount of your excluded gain. See instructions. Otherwise, enter -0- ........................................................ | | **15** | |
| **16** | **Gross profit.** Subtract line 15 from line 14 ............................................... | | **16** | 122,896 |
| **17** | Subtract line 13 from line 6. If zero or less, enter -0- ...................................... | | **17** | |
| **18** | **Contract price.** Add line 7 and line 17 .................................................... | | **18** | 135,000 |

### Part II — Installment Sale Income. Complete this part for all years of the installment agreement.

| | | | | |
|---|---|---|---|---|
| **19** | Gross profit percentage (expressed as a decimal amount). Divide line 16 by line 18. (For years after the year of sale, see instructions.) ........................................................ | | **19** | 0.910341 |
| **20** | If this is the year of sale, enter the amount from line 17. Otherwise, enter -0- ................... | | **20** | 0 |
| **21** | Payments received during year (see instructions). **Don't** include interest, whether stated or unstated .............. | | **21** | 11,336 |
| **22** | Add lines 20 and 21 ......................................................................... | | **22** | 11,336 |
| **23** | Payments received in prior years (see instructions). **Don't** include interest, whether stated or unstated .............................................. | **23** | 27,494 | |
| **24** | **Installment sale income.** Multiply line 22 by line 19 .......................................... | | **24** | 10,320 |
| **25** | Enter the part of line 24 that is ordinary income under the recapture rules. See instructions ........... | | **25** | |
| **26** | Subtract line 25 from line 24. Enter here and on Schedule D or Form 4797. See instructions ........... | | **26** | 10,320 |

### Part III — Related Party Installment Sale Income. Don't complete if you received the final payment this tax year.

**27** Name, address, and taxpayer identifying number of related party ......................................................

**28** Did the related party resell or dispose of the property ("second disposition") during this tax year? .......................... ☐ Yes ☐ No

**29** **If the answer to question 28 is "Yes," complete lines 30 through 37 below unless one of the following conditions is met. Check the box that applies.**

**a** ☐ The second disposition was more than 2 years after the first disposition (other than dispositions of marketable securities). If this box is checked, enter the date of disposition (mm/dd/yyyy) .................................................. _____

**b** ☐ The first disposition was a sale or exchange of stock to the issuing corporation.

**c** ☐ The second disposition was an involuntary conversion and the threat of conversion occurred after the first disposition.

**d** ☐ The second disposition occurred after the death of the original seller or buyer.

**e** ☐ It can be established to the satisfaction of the IRS that tax avoidance wasn't a principal purpose for either of the dispositions. If this box is checked, attach an explanation. See instructions.

| | | | |
|---|---|---|---|
| **30** | Selling price of property sold by related party (see instructions) ........................................ | **30** | |
| **31** | Enter contract price from line 18 for year of first sale ................................................... | **31** | |
| **32** | Enter the **smaller** of line 30 or line 31 .............................................................. | **32** | |
| **33** | Total payments received by the end of your 2022 tax year (see instructions) ............................. | **33** | |
| **34** | Subtract line 33 from line 32. If zero or less, enter -0- .................................................. | **34** | |
| **35** | Multiply line 34 by the gross profit percentage on line 19 for year of first sale ........................... | **35** | |
| **36** | Enter the part of line 35 that is ordinary income under the recapture rules. See instructions .............. | **36** | |
| **37** | Subtract line 36 from line 35. Enter here and on Schedule D or Form 4797. See instructions ............. | **37** | |

**For Paperwork Reduction Act Notice, see page 4.**

Form **6252** (2022)

DAA

5684 11/30/2023 8:26 AM

| Form **6252** | | **Installment Sale Income** | OMB No. 1545-0228 |
|---|---|---|---|
| | | **Attach to your tax return.** | **2022** |
| Department of the Treasury Internal Revenue Service | | Use a separate form for each sale or other disposition of property on the installment method. Go to *www.irs.gov/Form6252* for the latest information. | Attachment Sequence No. **67** |

| Name(s) shown on return | Identifying number |
|---|---|
| LATIGO PROPERTIES INC | 74-2859019 |

| | | | | |
|---|---|---|---|---|
| 1 | Description of property ▶ 4 6718 HOP SING - MORIN | | | |
| 2a | Date acquired (mm/dd/yyyy) 11/05/02 | **b** Date sold (mm/dd/yyyy) 04/07/15 | | |
| 3 | Was the property sold to a related party? See instructions. If "Yes," complete Part III for the year of sale and 2 years after the year of the sale unless you received the final payment during the tax year | | ☐ Yes | ☒ No |
| 4 | Reserved for future use | | ☐ Yes | ☐ No |

**Part I** **Gross Profit and Contract Price.** Complete this part for all years of the installment agreement.

| | | | |
|---|---|---|---|
| 5 | Selling price including mortgages and other debts. **Don't** include interest, whether stated or unstated | **5** | |
| 6 | Mortgages, debts, and other liabilities the buyer assumed or took the property subject to (see instructions) | **6** | |
| 7 | Subtract line 6 from line 5 | **7** | |
| 8 | Cost or other basis of property sold | **8** | |
| 9 | Depreciation allowed or allowable | **9** | |
| 10 | Adjusted basis. Subtract line 9 from line 8 | **10** | |
| 11 | Commissions and other expenses of sale | **11** | |
| 12 | Income recapture from Form 4797, Part III (see instructions) | **12** | |
| 13 | Add lines 10, 11, and 12 | **13** | |
| 14 | Subtract line 13 from line 5. If zero or less, **don't** complete the rest of this form. See instructions | **14** | |
| 15 | If the property described on line 1 above was your main home, enter the amount of your excluded gain. See instructions. Otherwise, enter -0- | **15** | |
| 16 | **Gross profit.** Subtract line 15 from line 14 | **16** | |
| 17 | Subtract line 13 from line 6. If zero or less, enter -0- | **17** | |
| 18 | **Contract price.** Add line 7 and line 17 | **18** | |

**Part II** **Installment Sale Income.** Complete this part for all years of the installment agreement.

| | | | |
|---|---|---|---|
| 19 | Gross profit percentage (expressed as a decimal amount). Divide line 16 by line 18. (For years after the year of sale, see instructions.) | **19** | 0.540572 |
| 20 | If this is the year of sale, enter the amount from line 17. Otherwise, enter -0- | **20** | 0 |
| 21 | Payments received during year (see instructions). **Don't** include interest, whether stated or unstated | **21** | 12,094 |
| 22 | Add lines 20 and 21 | **22** | 12,094 |
| 23 | Payments received in prior years (see instructions). **Don't** include interest, whether stated or unstated | **23** 3,786 | |
| 24 | **Installment sale income.** Multiply line 22 by line 19 | **24** | 6,538 |
| 25 | Enter the part of line 24 that is ordinary income under the recapture rules. See instructions | **25** | |
| 26 | Subtract line 25 from line 24. Enter here and on Schedule D or Form 4797. See instructions | **26** | 6,538 |

**Part III** **Related Party Installment Sale Income. Don't** complete if you received the final payment this tax year.

| | | | |
|---|---|---|---|
| 27 | Name, address, and taxpayer identifying number of related party | | |
| 28 | Did the related party resell or dispose of the property ("second disposition") during this tax year? | ☐ Yes | ☐ No |
| 29 | **If the answer to question 28 is "Yes," complete lines 30 through 37 below unless one of the following conditions is met. Check the box that applies.** | | |
| a | ☐ The second disposition was more than 2 years after the first disposition (other than dispositions of marketable securities). If this box is checked, enter the date of disposition (mm/dd/yyyy) | | |
| b | ☐ The first disposition was a sale or exchange of stock to the issuing corporation. | | |
| c | ☐ The second disposition was an involuntary conversion and the threat of conversion occurred after the first disposition. | | |
| d | ☐ The second disposition occurred after the death of the original seller or buyer. | | |
| e | ☐ It can be established to the satisfaction of the IRS that tax avoidance wasn't a principal purpose for either of the dispositions. If this box is checked, attach an explanation. See instructions. | | |
| 30 | Selling price of property sold by related party (see instructions) | **30** | |
| 31 | Enter contract price from line 18 for year of first sale | **31** | |
| 32 | Enter the **smaller** of line 30 or line 31 | **32** | |
| 33 | Total payments received by the end of your 2022 tax year (see instructions) | **33** | |
| 34 | Subtract line 33 from line 32. If zero or less, enter -0- | **34** | |
| 35 | Multiply line 34 by the gross profit percentage on line 19 for year of first sale | **35** | |
| 36 | Enter the part of line 35 that is ordinary income under the recapture rules. See instructions | **36** | |
| 37 | Subtract line 36 from line 35. Enter here and on Schedule D or Form 4797. See instructions | **37** | |

**For Paperwork Reduction Act Notice, see page 4.** Form **6252** (2022)

DAA

5684  11/30/2023 6:26 AM

| Form **6252** | **Installment Sale Income** | OMB No. 1545-0228 |
|---|---|---|
| | **Attach to your tax return.** | **2022** |
| Department of the Treasury<br>Internal Revenue Service | Use a separate form for each sale or other disposition of property on the installment method.<br>Go to *www.irs.gov/Form6252* for the latest information. | Attachment<br>Sequence No. **67** |

| Name(s) shown on return | Identifying number |
|---|---|
| LATIGO PROPERTIES INC | 74-2859019 |

**1** Description of property ▶ 4 6615 FLINTDALE MEISINGER ......................................................................................................

**2a** Date acquired (mm/dd/yyyy) _____ **b** Date sold (mm/dd/yyyy) _____

**3** Was the property sold to a related party? See instructions. If "Yes," complete Part III for the year of sale and 2
years after the year of the sale unless you received the final payment during the tax year ..................... ☐ Yes ☒ No

**4** Reserved for future use ......................................................................................................... ☐ Yes ☐ No

### Part I  Gross Profit and Contract Price. Complete this part for all years of the installment agreement.

| | | | |
|---|---|---|---|
| **5** | Selling price including mortgages and other debts. **Don't** include interest, whether stated or unstated ................ | **5** | |
| **6** | Mortgages, debts, and other liabilities the buyer assumed or took the property subject to (see instructions) .......................................................... **6** | | |
| **7** | Subtract line 6 from line 5 ................................................................. **7** | | |
| **8** | Cost or other basis of property sold ...................................................... **8** | | |
| **9** | Depreciation allowed or allowable ........................................................ **9** | | |
| **10** | Adjusted basis. Subtract line 9 from line 8 ............................................ **10** | | |
| **11** | Commissions and other expenses of sale ............................................. **11** | | |
| **12** | Income recapture from Form 4797, Part III (see instructions) .................... **12** | | |
| **13** | Add lines 10, 11, and 12 ..................................................................................... | **13** | |
| **14** | Subtract line 13 from line 5. If zero or less, **don't** complete the rest of this form. See instructions ................. | **14** | |
| **15** | If the property described on line 1 above was your main home, enter the amount of your excluded gain. See instructions. Otherwise, enter -0- ............................................................................................ | **15** | |
| **16** | **Gross profit.** Subtract line 15 from line 14 ......................................................................................... | **16** | |
| **17** | Subtract line 13 from line 6. If zero or less, enter -0- ............................................................................ | **17** | |
| **18** | **Contract price.** Add line 7 and line 17 ................................................................................................. | **18** | |

### Part II  Installment Sale Income. Complete this part for all years of the installment agreement.

| | | | |
|---|---|---|---|
| **19** | Gross profit percentage (expressed as a decimal amount). Divide line 16 by line 18. (For years after the year of sale, see instructions.) .................................................................................... | **19** | 0.666670 |
| **20** | If this is the year of sale, enter the amount from line 17. Otherwise, enter -0- .................................. | **20** | 0 |
| **21** | Payments received during year (see instructions). **Don't** include interest, whether stated or unstated ............... | **21** | 7,804 |
| **22** | Add lines 20 and 21 ........................................................................................................... | **22** | 7,804 |
| **23** | Payments received in prior years (see instructions). **Don't** include interest, whether stated or unstated ...................................................... **23** 21,661 | | |
| **24** | **Installment sale income.** Multiply line 22 by line 19 ............................................................................. | **24** | 5,203 |
| **25** | Enter the part of line 24 that is ordinary income under the recapture rules. See instructions ..................... | **25** | |
| **26** | Subtract line 25 from line 24. Enter here and on Schedule D or Form 4797. See instructions ..................... | **26** | 5,203 |

### Part III  Related Party Installment Sale Income. Don't complete if you received the final payment this tax year.

**27** Name, address, and taxpayer identifying number of related party .............................................................................................

**28** Did the related party resell or dispose of the property ("second disposition") during this tax year? .......................... ☐ Yes ☐ No

**29** If the answer to question 28 is "Yes," complete lines 30 through 37 below unless one of the following conditions is met. Check the box that applies.

**a** ☐ The second disposition was more than 2 years after the first disposition (other than dispositions of marketable securities). If this box is checked, enter the date of disposition (mm/dd/yyyy) .............................................................. _____

**b** ☐ The first disposition was a sale or exchange of stock to the issuing corporation.

**c** ☐ The second disposition was an involuntary conversion and the threat of conversion occurred after the first disposition.

**d** ☐ The second disposition occurred after the death of the original seller or buyer.

**e** ☐ It can be established to the satisfaction of the IRS that tax avoidance wasn't a principal purpose for either of the dispositions. If this box is checked, attach an explanation. See instructions.

| | | | |
|---|---|---|---|
| **30** | Selling price of property sold by related party (see instructions) ............................................................. | **30** | |
| **31** | Enter contract price from line 18 for year of first sale ........................................................................... | **31** | |
| **32** | Enter the **smaller** of line 30 or line 31 ............................................................................................... | **32** | |
| **33** | Total payments received by the end of your 2022 tax year (see instructions) ............................................ | **33** | |
| **34** | Subtract line 33 from line 32. If zero or less, enter -0- ......................................................................... | **34** | |
| **35** | Multiply line 34 by the gross profit percentage on line 19 for year of first sale .......................................... | **35** | |
| **36** | Enter the part of line 35 that is ordinary income under the recapture rules. See instructions ...................... | **36** | |
| **37** | Subtract line 36 from line 35. Enter here and on Schedule D or Form 4797. See instructions ...................... | **37** | |

For Paperwork Reduction Act Notice, see page 4.                                                                 Form **6252** (2022)

DAA

## RESOLUTION REGARDING AUTHORITY TO FILE
## CHAPTER 11 BANKRUPTCY PROCEEDING

I, David Brigham, declare under penalty of perjury that I am the President of Latigo Properties, Inc., a Texas corporation. On December 26th, 2023, the following resolution was duly adopted by the members of this entity:

"Whereas, it is in the best interest of Latigo Properties, Inc. to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Further Resolved that David Brigham, as President of Latigo Properties, Inc. is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of Latigo Properties, Inc.; and

Be It Further Resolved that David Brigham, President of Latigo Properties, Inc., is authorized and directed to appear in all bankruptcy proceedings on behalf of Latigo Properties, Inc., and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of Latigo Properties, Inc. in connection with such bankruptcy case; and

Be It Further Resolved that David Brigham, as President of Latigo Properties, Inc., is authorized and directed to, on behalf of Latigo Properties, Inc., employ as attorney the Law Offices of William B. Kingman, P.C. to represent Latigo Properties, Inc. in such bankruptcy case."

Dated effective December 26, 2023.

Latigo Properties, Inc.

By: _____
David Brigham, President

**Fill in this information to identify the case:**

Debtor name    Latigo Properties, Inc.

United States Bankruptcy Court for the:   WESTERN DISTRICT OF TEXAS

Case number (if known)

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

     Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☐   Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☐   Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☐   Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☐   Schedule H: Codebtors (Official Form 206H)
☐   Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐   Amended Schedule
☒   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    December 31, 2023     X _____
                                         Signature of individual signing on behalf of debtor

                                     David B. Brigham
                                     Printed name

                                     President
                                     Position or relationship to debtor

| Fill in this information to identify the case: |
|---|
| Debtor name  Latigo Properties, Inc. |
| United States Bankruptcy Court for the:  WESTERN DISTRICT OF TEXAS |
| Case number (if known): |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express PO Box 650448 Dallas, TX 75265-0448 | | | | | | $5,300.00 |
| Bank of America PO Box 15796 Wilmington, DE 19886-5796 | | | | | | $26,000.00 |
| Chase Ink PO Box 15548 Wilmington, DE 19886-5548 | | | | | | $26,000.00 |
| Christine Sorenson 775 Estes San Antonio, TX 78209 | | | | | | $100,000.00 |
| Flagstar PO Box 790408 Saint Louis, MO 63179-0408 | | | | | | $4,500.00 |
| insurica 8200 IH-10W, #950 San Antonio, TX 78230-3878 | | | | | | $16,878.53 |
| Mary Jane Brigham 775 Estes San Antonio, TX 78209 | | | | | | $50,000.00 |
| Sherwin Williams PO Box 33127 Louisville, KY 40201 | | | | | | $500.00 |
| USAA Credit Cards 10750 McDermott Fwy San Antonio, TX 78288-0570 | | | | | | $33,000.00 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of Texas

In re  Latigo Properties, Inc.

Debtor(s)

Case No.

Chapter  11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Brigham Descendents Trust<br>775 Estes<br>San Antonio, TX 78209 | Common | 20% | Ownership |
| David B. Brigham Grantor Trust<br>775 Estes<br>San Antonio, TX 78209 | Common | 20% | Ownerhip |
| David Brigham<br>775 Estes<br>San Antonio, TX 78209 | Common | 58% | Ownership |
| Mary Jane Brigham Grantor Trust<br>775 Estes<br>San Antonio, TX 78209 | Common | 2% | Ownership |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  December 31, 2023

Signature _____

David B. Brigham

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court**
**Western District of Texas**

In re   Latigo Properties, Inc.

Debtor(s)

Case No.

Chapter   11

## VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:   December 31, 2023

David B. Brigham/President
Signer/Title

Albert Uresti, M.P.A., PCC
Bexar County Tax Assessor
Vista Verde Plaza Building 233 N. Pecos
San Antonio, TX 78207


American Express
PO Box 650448
Dallas, TX 75265-0448


Assured Lender Servicers, Inc.
c/o Cherie Maples
111 Pacifica, Suite 240
Irvine, CA 92618


Bank of America
PO Box 15796
Wilmington, DE 19886-5796


Chase Ink
PO Box 15548
Wilmington, DE 19886-5548


Christine Sorenson
775 Estes
San Antonio, TX 78209


Don Stecker
Linebarger Goggan Blair & Sampson
112 E. Pecan, Suite 2200 San Antonio, TX
San Antonio, TX 78205


Flagstar
PO Box 790408
Saint Louis, MO 63179-0408


insurica
8200 IH-10W, #950
San Antonio, TX 78230-3878


Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101


Mary Jane Brigham
775 Estes
San Antonio, TX 78209


Sherwin Williams
PO Box 33127
Louisville, KY 40201


Steven B. Bass
Assistant U.S. Attorney
903 San Jacinto, Ste. 334
Austin, TX 78701

Texas Comptroller of Public Accounts
Revenue Accounting Div- BK Section
P.O. Box 12548, MC-008
Austin, TX 78711


Texas Workforce Commission
TWC Building - Regulatory Integrity Div.
101 East 15th Street
Austin, TX 78778


USAA Credit Cards
10750 McDermott Fwy
San Antonio, TX 78288-0570


Velocity Commercial Capital
c/o Daniel Braley
30699 Russell Ranch Rd., #295
Westlake Village, CA 91362

## United States Bankruptcy Court
### Western District of Texas

In re ___Latigo Properties, Inc.___

                           Debtor(s)

Case No. _____

Chapter   11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Latigo Properties, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

December 31, 2023

Date

William B. Kingman

Signature of Attorney or Litigant

Counsel for  Latigo Properties, Inc.

Law Offices of William B. Kingman

3511 Broadway
San Antonio, TX 78209
(210) 829-1199 Fax:
bkingman@kingmanlaw.com

## United States Bankruptcy Court
### Western District of Texas

In re    Latigo Properties, Inc.

Debtor(s)

Case No.

Chapter    11

## DECLARATION FOR ELECTRONIC FILING OF BANKRUPTCY
## PETITION, LISTS, STATEMENTS, AND SCHEDULES

### PART I: DECLARATION OF PETITIONER:

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the chapter of title 11, United States Code, specified in the petition to be filed electronically in this case. I have read the information provided in the petition, lists, statements, and schedules to be filed electronically in this case and *I hereby declare under penalty of perjury* that the information provided therein, as well as the social security information disclosed in this document, is true and correct. I understand that this Declaration is to be filed with the Bankruptcy Court within seven (7) business days after the petition, lists, statements, and schedules have been filed electronically. I understand that a failure to file the signed original of this Declaration will result in the dismissal of my case.

☒    I hereby further declare under penalty of perjury that I have been authorized to file the petition, lists, statements, and schedules on behalf of the debtor in this case.

Date:    December 31, 2023

David B. Brigham, President

### PART II: DECLARATION OF ATTORNEY:

I declare *under penalty of perjury* that: (1) I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the debtor(s), if an individual with primarily consumer debts, that he or she may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Date:    December 31, 2023

William B. Kingman, Attorney for Debtor
3511 Broadway
San Antonio, TX 78209
(210) 829-1199  Fax: